FILED
2010 Jan-11 PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LONNIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: |
| ) | |
| UNITED STATES GOVERNMENT, ) | CV-09-RRA-2577-S |
| et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This case comes before the Court on the In Forma Pauperis Affidavit filed by the Plaintiff. (Doc. 2). On December 29, 2009, the magistrate ordered that the Plaintiff should be allowed to proceed as a pauper, and thus should be allowed to commence this action without prepayment of fees, costs, or security. The magistrate also denied the plaintiff's request for appointed counsel.

Thereafter, the magistrate conducted a frivolity determination pursuant to 28 U.S.C.A. § 1915 (e)(2)(B)(I) and (ii), and determined that the allegations in the complaint do not establish a cause of action against the defendants. Accordingly, the magistrate recommended that this case be DISMISSED as frivolous, and failing to state a claim upon which relief may be granted. The plaintiff has filed an objection to this recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objection thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that the complaint is frivolous. It is therefore ORDERED, ADJUDGED, and DECREED that the case is DISMISSED, with prejudice.

DONE and ORDERED this 11th day of January, 2010.

                                                  **ROBERT B. PROPST**
                                     **SENIOR UNITED STATES DISTRICT JUDGE**